Texas Court of Criminal Appeals PD-1523-14
Austin, Texas

Donte Houston 1773270
Vs. Petitioner

(Texas Court of Criminal Appeals)
The State of Texas

"Assault On A Public Servant"
Case # 11 CR-033
349th District Courts of
Houston County, Texas
Appeal # 07-14-00293-CR-PD
1523-14

Abel Acosta, Clerk,
JAN 09 2015
RECEIVED IN
COURT OF CRIMINAL APPEALS

Fed.R)79.1 Motion For ~~Rehearing~~ Reconsideration   DH

I Donte Houston hereby give notice of motion for reconsideration to the Texas Court of Criminal Court, Austin, Texas in Appeal ~~Assault~~ DH Assault On A Public Servant cause no. 11CR-033 Appeal number 07-14-00293-CR-PD-1523-14 November 14, 2014 A pro se petition for discretionary review.

Return by the courts as untimely, the appellants ask for reconsideration on the following grounds:

1. Ineffective Counsel - Appeal Attorney-Mark Cargill made several errors during the appeal process that affected a timely filing, jurisdiction, Also presentation of factual evidence.

A) Cargill failed to meet with the appellant on the appeal to discuss issues and evidence facts favorable to the defense Brooks v. Texas 381 F.2.d 619 (5th Cir. 1967) Relief granted

B) The original appeal was sent to the Federal 4th Courts San Antonio, Texas that was supposed to held in the

and 1B) original convicting courts of the 349th District Courts of Houston County, Tx. After the March 7, 2012 conviction.

The original appeal District is the 12th Federal Court of Appeals Tyler, Tx. Cargill failure to perfect the appeal in the correct courts also failed to timely file ~~and~~ appeal unfiled untill July 2012 exceeded to 30 days of direct appeal limitation. The first 90 days of appeal was delayed by the Attorney and a 8 months time to answer from the appeals court in February 2013 therefore time was delayed by process, so the appellant should'nt be stricken by time on appeal, the appellant was also uninformed of appeal rules by his appeal Attorney.

2) The jurisdictional errors also has delayed the process of appeal. The direct appeal was supposed to be ~~sent~~ held in the original convicting courts of Houston County within 30 days.

B) The Houston County Courts sit in the 12th Federal Court of Appeals, however the appeal was sent to San Antonio, Tx. region may have been an intentional act to delay the appeal.

3) The appellants medical condition is very painfull and has hampered his responce time, I ask that the court take this condition into consideration as a reason in the delay.

3) cnt'd The appellant' support the claim of a medical condition with the statement that are in the appeal stateing the has been seeking medical attention. Throughout the entire process the appellant has been denied proper medical and medicine by T.D.C.J. officials in a effort to destort due process.

4) The evidence in appeal is overwhelmingly favorable to the defendant, the case should at least be viewed and weight of the case should be weighed on the evidence instead of time due to ineffective assistance of counsel on appeal.

## Inmate Declaration

Under the penalty of perjury the petitioner Donte Houston inmate at the Allred Unit in Iowa Park, Tx. declare the above reconsideration to be true and correct to the best of my knowledge.

If the appeals court does not reconsider the appellant would like his appeal to be returned to him at:

to preserve evidence

Donte Houston 1773270
2101 F.M. 369
Allred Unit
Iowa Park, Texas 76367

Dante Houston
2101 F.M. 369 1773270
Allred Unit
Iowa Park, TK. 76367

Clerk of Court
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

78711230808